**FILED**
**U.S. DISTRICT COURT**
**EASTERN DISTRICT ARKANSAS**

NOV 2 7 2023

**TAMMY H. DOWNS, CLERK**
By:_____
DEP CLERK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

| | | |
|---|---|---|
| **KENNY CHATMON, JR.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 4:23-cv-1128-DPM** |
| | ) | |
| **AMAZON.COM SERVICES, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant Amazon.com Services, LLC ("Amazon" or "Defendant"), improperly named as Amazon.com Services LLC (TOM Team HR) LIT1 hereby files this Notice of Removal of the above-captioned matter from the Circuit Court for Pulaski County, Arkansas, to the United States District Court for the Eastern District of Arkansas, Central Division.

In support of this Notice of Removal, Amazon states as follows:

### I.     BACKGROUND

1.     On October 26, 2023, Plaintiff filed this civil action Case No. 60CV-23-8206 in the Circuit Court of Pulaski County, Arkansas, in Little Rock, Arkansas ("State Court Action"). A true and correct copy of the Complaint is attached hereto as **Exhibit A** to this Notice of Removal, in conformity with 28 U.S.C. § 1446(a), and incorporated herein by reference.

2.     To date, Amazon has not been properly served with the Complaint and the Summons, though Plaintiff apparently contends service to have been made on October 26, 2023.

This case assigned to District Judge __Marshall__
and to Magistrate Judge__Moore_____

10385782v1
10403131v1

As such, this Notice of Removal is timely filed.[1] *See* 28 U.S.C. § 1441(a). A true and correct copy of the Summons filed by Plaintiff in this matter is attached hereto as **Exhibit B**.

3.      Defendant has not filed an Answer or other pleading in the State Court Action. Because Defendant has not been properly served, there is no responsive pleading deadline.

4.      Simultaneous with this filing, Defendant will notify the Circuit Court of Pulaski County, Arkansas, in Little Rock, Arkansas, of its Removal of this Action. A copy of the Notice that will be filed with the Clerk of the Circuit Court and served upon Plaintiff is attached hereto as **Exhibit C**.

5.      The Complaint filed in the State Court Action alleges defamation of character. *See* **Exhibit A**, p. 14.

## II.      JURISDICTION AND VENUE

6.      Venue is proper in this Court pursuant to 28 U.S.C. §§ 1441(a) and 1446(a) because the U.S. District Court for the Eastern District of Arkansas, Central Division, is the federal judicial district embracing the Arkansas Circuit Court, Pulaski County, where the Complaint was originally filed.

7.      Removal to this Court is proper because this Court has original jurisdiction over the action.

8.      "[A]ny civil action brought in a State Court of which the district courts of the United States have original jurisdiction, may be removed by the defendant." 28 U.S.C. 1441(a).

9.      This Court has original jurisdiction over the current civil action according to 28 U.S.C. section 1332(a)(1). Section 1332(a)(1) provides that "[t]he district courts shall have original

---

[1] As detailed below, because Plaintiff has not completed service in this matter, the time period for filing a notice of removal has not started. Nevertheless, this Notice of Removal is timely filed on or before the first court day following thirty (30) days after Plaintiff claims to have completed service.

2

jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and is between citizens of different States."

10.     Therefore, a state court action may be removed if the action: (1) is between citizens of different states and (2) the matter in controversy exceeds the sum of $75,000.00, exclusive of interests and costs. Each of these two requirements is met within the instant petition.

### III.    DIVERSITY

11.     Diversity of citizenship exists so long as no plaintiff is a citizen of the same state as any defendant at the time the action was filed. 28 U.S.C. § 1441(b).

12.     To establish citizenship for diversity purposes, a person is a "citizen" of the state in which he or she is domiciled at the time the action was filed. *See Newman-Green, Inc. v. Alfonzo-Larrain*, 490 U.S. 826, 828 (1989). A person's domicile is the place he or she resides with the intention to remain, or to which he or she intends to return. *Yeldell v. Tutt*, 913 F.2d 533, 537 (8th Cir. 1990).

13.     For purposes of diversity jurisdiction, an LLC'S citizenship is determined by its members' citizenship. *Cleek v. Ameristar Casino Kansas City, LLC*, 47 F.4th 629, 635 (8th Cir. 2022) ("The State of an LLC's organization does not determine its citizenship; only the citizenship of the LLC's members is determinative.") (*quoting OnePoint Solutions, LLC v. Borchert*, 486 F.3d 342, 347 n.4 (8th Cir. 2007)).

14.     Plaintiff alleges that he is a resident of North Little Rock, Arkansas. *See* **Exhibit A**, p. 1. Therefore, Amazon believes in good faith that Plaintiff is a citizen of the State of Arkansas for purposes of diversity jurisdiction.

15.     As of the date the action was brought, Amazon is not a citizen of the state of Arkansas. Rather, Amazon is a limited liability company whose ownership structure is as follows:

- Amazon.com Services LLC's sole member and manager is Amazon.com Sales, Inc.

- Amazon.com Sales, Inc.'s is a corporation incorporated in Delaware, with its principal place of business in Washington.

- Amazon.com Sales, Inc.'s corporate headquarters are located in Seattle, Washington. All of the company's primary executive, administrative, financial, and management functions are in Washington, where its corporate officers direct, control, and coordinate its activities.

*See Declaration* attached as **Exhibit D**.

16. Each member of Defendant Amazon.com Services LLC is located in a state other than Arkansas. The corporation, which is the sole member of Defendant, has its principal place of business in the state of Washington and is incorporated in the state of Delaware. Complete diversity exists between Plaintiff, a citizen of Arkansas, and Defendant, a citizen of Washington and Delaware.

17. Complete diversity exists between the parties because Plaintiff is a citizen of Arkansas, and Defendant is a limited partnership formed under the laws of the state of Delaware with its principal office in the state of Arkansas. 28 U.S.C. § 1332. *See* **Exhibit D**.

## IV.   AMOUNT IN CONTROVERSY

18. This Court likewise has jurisdiction over this case because the amount in controversy exceeds $75,000, the jurisdictional limit established in 28 U.S.C. § 1332, exclusive of interest and costs.

19. The United States Supreme Court and the Eighth Circuit have long instructed that whether the amount in controversy is satisfied is determined based on the damages that plaintiff seeks in his petition, to which he might be entitled under the controlling law for the claims pled.

4

In other words, if a plaintiff has articulated a legal basis for a potential award of damages that might satisfy the jurisdictional amount, then federal jurisdiction exists. *St. Paul Mercury Indemnity Co. v. Red Cab Co.*, 303 U.S. 283, 288 (1983); *Kopp v. Kopp*, 280 F.3d 883, 884-85 (8th Cir. 2002).

20.     Plaintiff asserts damages for alleged defamation of character and requests $100,000.00 as monetary damages. *See* **Exhibit A**, p. 14.

21.     Amazon denies that Plaintiff is entitled to any recovery in this action. By filing this Notice of Removal, Amazon does not waive any defenses or objections otherwise available. However, in light of Plaintiff's request for monetary damages of $100,000.00, the amount in controversy clearly exceeds $75,000.00, exclusive of interest and costs.

22.     Accordingly, this action is one under which the Court has original jurisdiction pursuant to 28 U.S.C. § 1332(a)(1) and (2), and which may be removed to this Court pursuant to 28 U.S.C. § 1441.

## V.     PROCEDURAL REQUIREMENTS FOR REMOVAL

23.     All procedural requirements for removal are met.

### Plaintiff Has Failed to Complete Service of Process

24.     Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is timely filed on or before the first court day following thirty (30) days after Plaintiff claims to have completed service of process.

25.     "To perfect service under the Arkansas rules, 'compliance must be exact' because 'the service requirements are strictly construed.'" *Barner v. Thompson/Ctr. Arms Co.*, 796 F.3d 897, 900 (8th Cir. 2015) (*quoting Rettig v. Ballard*, 362 S.W.3d 260, 262 (Ark. 2009)); *accord*

10385782v1
10403131v1

*Wilburn v. Keenan Cos.*, 768 S.W.2d 531, 532 (Ark. 1989) (*citing Edmonson v. Farris*, 565 S.W.2d 617 (Ark. 1978)).

26.   Plaintiff purports to have served Amazon on October 26, 2023. This service was improper for at least the following reasons.

27.   Arkansas law specifies the persons who may serve process. These persons include the sheriff of the county where the service is to be made (or their deputy), a properly appointed process server, or if by mail, the plaintiff or an attorney of record for the plaintiff. Ark. R. Civ. P. 4. "Arkansas law does not provide for a party to serve a defendant simply by leaving a copy of the summons at the officer's or agent's place of employment." *Green v. Hall Mfg., LLC*, 2021 WL 4067300, at *2 (E.D. Ark. September 7, 2021) (*citing Dintelman v. Chicot City, Mem'l Hosp.*, 2011 WL 1288482, at *4 (E.D. Ark. March 31, 2011). In addition, actual knowledge of a proceeding does not validate defective process. *Cogburn v. Marsh*, 2023 Ark. App. 114, 3, 663 S.W.3d 404, 407 (2023) (*citing Trusclair v. McGowan Working Partners*, 2009 Ark. 203, at 3–4, 306 S.W.3d 428, 430.

28.   Accordingly, Plaintiff did not properly serve Amazon in accordance with Rule 4 of the Arkansas Rules of Civil Procedure. Plaintiff in this matter has attempted to serve process personally, without the use of a process server or the sheriff, nor has Plaintiff utilized service by certified mail or commercial delivery company. *See* **Exhibit B**. There is no provision for serving in this manner under the Arkansas Rules of Civil Procedure. Thus, Amazon was never properly served.

29.   Removal is timely under 28 U.S.C. § 1446(b). Section 1446(b) requires a case to be removed "within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding

6

10385782v1
10403131v1

is based." *Id.* The Supreme Court has held that the thirty-day time period for removal is triggered only by "simultaneous service of the summons and complaint ... but not by mere receipt of the complaint unattended by any formal service." *Murphy Bros. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 347–48 (1999). Because Amazon has not been properly served with the Complaint and Summons, its thirty-day period to remove has not yet begun to run. Nevertheless, this Notice of Removal is timely filed on or before the first court day following thirty (30) days after the date Plaintiff claims to have completed service of process.

<b>Other Procedural Requirements Are Satisfied</b>

30.    Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of all of the process, pleadings, orders, and documents from this action, regardless of whether they have been served (properly or improperly) upon Amazon, are being filed with this Notice of Removal.

31.    A copy of this Notice of Removal and exhibits hereto have been served upon Plaintiff, and, together with a Notice of Filing of Removal, will be filed with the Clerk of the Circuit Court of Pulaski County, Arkansas.

<b>VI.    RESERVATION OF RIGHTS</b>

32.    By this Notice of Removal, Amazon does not waive any objections, defenses, obligations, or exceptions it may have, including, but not limited to, improper service of process, improper venue, lack of personal jurisdiction, or Plaintiff's failure to state any claims upon which relief may be granted.

33.    In making the allegations in this Notice of Removal, Amazon does not concede in any way that the allegations in the Complaint are true, that Plaintiff has asserted claims upon which relief can be granted, or that any relief that Plaintiff seeks is authorized or appropriate.

7

10385782v1
10403131v1

34.     Amazon reserves the right to amend or supplement this Notice of Removal. If any questions arise as to the propriety of the removal of this matter, Amazon requests the opportunity to present such further evidence as necessary to show that this matter is removable. *See Dart Cherokee Basin Operating Co., LLC v. Owens*, 135 S. Ct. 547, 554 (2014) ("A defendant's notice of removal need include only a plausible allegation that the amount in controversy exceeds the jurisdictional threshold," and evidence establishing that removal statutes are satisfied is necessary "only when the plaintiff contest, or the court questions, the defendant's allegation*."); Pudlowski v. The St. Louis Rams, LLC*, 829 F.3d 963, 965 (8th Cir. 2016) (holding that a notice of removal "did not need to be accompanied by a submission of evidence," and vacating district court order which refused to consider affidavits establishing federal court jurisdiction submitted in opposition to motion to remand, citing *Dart Cherokee*).

WHEREFORE, for the foregoing reasons, Amazon respectfully prays that further proceedings in the Circuit Court of Pulaski County, Arkansas be discontinued and that said Case Number 60CV-23-8206, now pending in the Circuit Court of Pulaski County, Arkansas, be removed to the United States District Court for the Eastern District of Arkansas, Central Division, and that such Court assume full jurisdiction of this action as provided by law.

Dated:  November 27, 2023                    Respectfully submitted,


                                             /s/ Dean Kpere-Daibo
                                             Dean Kpere-Daibo, Bar #63010
                                             **CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**
                                             680 Craig Rd., Suite 400
                                             St. Louis, MO 63141
                                             Telephone: (314) 338-3740
                                             dkdaibo@constangy.com

8

10385782v1
10403131v1

Kristin Titley (*Pro Hac Vice Motion Forthcoming*)
AR Bar No. 2015146
**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**
750 Old Hickory Blvd., Suite 260-2
Brentwood, TN 37027
Telephone: (615) 340-3806
kitley@constangy.com

***Attorneys for Defendant***

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of November 2023, a true copy of the foregoing Notice of Removal was filed with the Clerk of the Court using the CM/ECF system, with a copy sent via electronic mail and U.S. mail, to the following address of record for Plaintiff:

Kenny Chatmon, Jr.
371 Club Rd. Apt. E
Sherwood, AR 72120
kennychatmon1984@gmail.com

/s/ Dean Kpere-Daibo
**ATTORNEY FOR DEFENDANT**

10385782v1
10403131v1

State of Arkansas

County of Pulaski

Kenny Chatmon, JR.

US.

Amazon.com Services LLC (TOM Team) LIT1
HR

ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2023-Oct-26  12:27:40
60CV-23-8206
C06D04 : 15 Pages

Exhibit A

## Parties

Kenny Chatman, Jr.
371 Club Rd. Apt. E
Sherwood. AR 72120

Amazon.com Services Llc (TOM Team) LIT 1
HR
7001 Zeuber Rd.
Little Rock AR 72206

Exhibit A

The incident started on August 23, 2023. Before I continue I'm going to say, I kenny Chatman. Jr. have not performed any DOT/FMCSA case sensitive job duties while at Amazon. while being at Amazon I was aware that I couldn't perform any DOT/FMCSA job duties because of whats on my clearing house. Amazon is aware of what's on my clearing house status also. Prior to coming to what Amazon calls a department TOM team. While being part of Amazon TOM team the only job I performed was moving trailers around the fulfillment center. Dock to Dock or put trailer in a parking spot. That's the job I performed. I did not drive any semi truck, I did not step a foot in a semi truck nor touch any of Amazon fleet trucks/semi. Nothing DOT/FMCSA work related. Ok on the day of August 23, I was called to the main office by my manager Stephen. Stephen said kenny you have been chosen for a random, meaning random drug test. I said ok cool, no problem. Once I looked over the paper I had

gotten from Stephen. I said Stephen this isn't a random test, this is a Pre-Employment Drug screen test or a DOT/FMCSA. I knew imeadately this isn't a test I should be taking if it's for a random drug screen. So, I told Stephen why am I taking a pre-employment test for a job when I been at Amazon/working since Feb. of this year. So that was a red flag for me. I also told Stephen I wouldn't be able to pass that test in the first place because I have weed/THC in my system. So Stephen said again Kenny it's just a random and I said no it's not a random test. As you all can see from when I circled the description that this is a pre-employment drug screen. Mind you I been working for Amazon since Feb. of 2023. I've been in several departments while been employed at Amazon when I told Stephen I had THC in my system he said hold up let me make a call. Once Stephen returned from the call, he said come with me. We walked to this room where there was a lady on the phone by the name of Ashley. Ashley asked me what was going on. Meaning what's going on with me & the drug test. I explained to Ashley that

Exhibit A

the test you all want me to take is a pre-employmen test. When I explained to Ashley I been working at Amazon since Feb. of this year. And that I do not want to take a pre-employment test. So that was it of me explaining that to Ashley. So stephen asked me to step out, while him + Ashley talk. Some time later me + Stephen went back into the office. Stephen said Kenny we have 2 options. He said you can either take the test and if it comes back positive for THC you'll be ok. We'll put you back inside the fulfillment center and I asked Stephen now if I take this test, it's not going on my cdl correct. Stephen said no it's not going on your cdl or clearing house stephen said this and he stated that Ashley said this as well. The second option he offered was I can either resign and reapply in 30 days. He gave me the opportunity to think about it until the following day. I asked Stephen I would like to speak with Ashley again to talk about what was being discussed and getting a clear understanding of what's going on. Well Stephen tried contacting Ashley, he was

Exhibit A

not able to reach her again. So Stephen sent her a message stating that I was wanting to speak with her. Fast Forward the following day of August 24, 2023. Stephen came to me and asked what I decided to do, and you before I decided upon my decision, I asked Stephen have he heard from Ashley. Stephen said no, and I believe she is off work today. I told Stephen again I really would like to speak with her. I was not able to speak with Ashley regarding what I wanted to discuss. I decided to go take the Pre-Employment drug screen even though I knew it would be positive for THC and what Stephen told me about my options. And what would not be reported to my cdl/clearing house. After getting the results back, I knew I was positive Stephen knew Ashley knew and lastly Amazon knew well from the beginning that I was positive for THC for any job I was performing while being an employee for them. After I got a notification from the Clearing house that there has been an update to your status. I logged into my

Exhibit A

account and that's when I seen that Amazon reported that I failed a Pre-Employment drug screen. Positive for THC when in the beginning Amazon / Stephen, Ashley said this would not be reported to your cdl / clearing house. This is my statement, Kerry Chatman, Jr.

Kerry Chatman, J.
8/31/23

Exhibit A

Ok Prior to coming to Amazon, I was employed by a company called 10 Roads. I was a CDL driver for a little time until I refused a drug test. Which led to me being terminated from the company. Once I left the company I went and took the required things to do for my CDL which was complete the SAP program. I ~~did~~ complete all that. While being an employee for Amazon, I had no intentions to use my CDL because I ~~do~~ use THC products. And being Amazon is THC friendly, so I'm thinking im ok especially with the job I was doing. The job, I'm doing doesn't require me to have a CDL. Well here we re now and Amazon did what they did which isn't right at all. As you can see on Amazon Background report for when I started in a different department which was TOM team. "Non-CDL required" On the background report you can clearly see why I left my last employer. I refused a drug test.... Amazon is aware of that.. If Amazon would have taking the ~~so~~ correct protocol they would have known that I couldn't ~~do~~ do any CDL duties that involve a semi truck /or ~~driving~~ driving a semi truck.

# Background Report

## Confidential

KENNY J CHATMON JR
XXX-XX-XXXX
CID - 258609080

AMAZON - INT TOM NON-CDL
21069 EAST 55TH AVENUE
SEATTLE, WA 98109-5210

| | |
|---|---|
| If you are a First Advantage Consumer | Please contact the First Advantage Consumer Center at: 1-800-845-6004 Toll Free (within the U.S.) +1 971-280-8128 Toll Number (outside the U.S.) Or visit http://fadv.com/our-company/contact-support.aspx for local contact details |
| First Advantage Customers | Please contact the CHICAGO EMPLOYMENT SERVICE CENTER at: (800)888-5773 (outside North America +1 971-280-8128) |

**Caution to Customer:** Under the terms of the service agreement, this report is delivered with the understanding that the recipient client will hold the same in strict confidence and not disclose it to third parties and furthermore is to be used only for the purpose indicated in the Client's agreement for service, i.e. employment/volunteer/or resident/tenant screening purposes. This report and information provided therein is strictly confidential as it contains personal and sensitive information of the consumer/applicant/candidate/employee and must be utilized solely for the business purposes consistent with the declared purpose in the service agreement and is not to be used by the client or third parties for any other purposes. Client agrees to abide and comply with all applicable laws in connection with this report including data privacy, data protection laws and other similar applicable regulations.

First Advantage is not the source of the data provided in this report in that the data is collected by First Advantage from third party data sources such as public records held in governmental databases or courthouses, schools, colleges, universities, company officials, or third party proprietary databases etc. Accordingly First Advantage does not warrant the accuracy of the information provided by those third parties and expressly disclaims any and all liability for any and all claimed losses, damages, expenses including attorney fees and costs incurred as a result of reliance upon the content of this report.

For US-based Clients or Clients obtaining reports on US residents: Client certifies that it has complied with the Fair Credit Reporting Act (FCRA) and that it has provided a clear disclosure in compliance with the FCRA to the consumer/applicant/candidate/employee and obtained consent and authorization from the consumer/applicant/candidate employee in order to receive this report. If the client intends to take adverse action based in whole or in part on the contents of this report, the client must provide the consumer with a copy of the report, a summary of consumers rights as prescribed by FCRA section 1681g(c)(3) and a copy of any applicable state law rights, if required before taking any action, wait a reasonable period of time for the consumer to dispute any inaccurate information and then can take adverse action. First Advantage has provided your company with copies of the CFPB Summary of Rights for this purpose.

For California based Clients or Clients obtaining reports on California residents: In California an investigative consumer reporting agency shall provide a consumer seeking to obtain a copy of a report or making a request to review a file, a written notice in simple, plain English and Spanish setting forth the terms and conditions of his or her right to receive all disclosures.

**First Advantage**

**Enterprise Advantage**

Exhibit A

CID - 258608060

General Consumer Information

Consumer's Name KENNY J CHATMON JR

Employee ID - Enter 6-12 numeric digits: 201157004

Client Name AMAZON - INT TOM NON-CDL

The following consumer information was used in the production of this report:
Last Name, First Name, Middle Name, SSN, Date of Birth, Address

SSN XXX-XX-XXXX

Address 371 CLUB RD APT E
SHERWOOD, AR 72120

Date of Birth XX/XXX/XXXX

Consumer Contact (870)441-2500

Consumer Alternate Contact

Other Names

Not Provided

Information Regarding this Order:

Position Applied For

Date Ordered 13/Jun/2023 04:03:45 PM

Background Check Completion Date 21/Jun/2023 05:38:25 PM

Report Last Updated on 21/Jun/2023 05:38:25 PM

Date Report Printed 28/Jun/2023 01:36:14 PM

Report ETA 22/Jun/2023

Self-Disclosed Criminal History

None

Additional Info

| Label | Value |
|---|---|
| Site Name | LIT1 |
| CDL Driver? | No |
| Amazon Policy: | AMAZON - TOM Non-CDL |
| Previous BGC Order ID | |
| ICIMS ID | 50941011 |

All timestamps represent US Eastern Time

Note that different elements were searched and completed at different times from the start of the order - please refer to the timestamp associated with each element.

Exhibit A

CID - 258809080

First Advantage Background Report Summary

Consumer's Name KENNY J CHATMON JR

Date Ordered: 13/Jun/2023 04:03:45 PM

Background Check Completion Date: 21/Jun/2023 05:38:25 PM

Score Result Decisional

Package Name: NO DQ FILE INT NON-CDL W/DOT PHYSICAL

| Package Searches Ordered | Status | Review | Score |
|---|---|---|---|
| Social Security Verification | Complete | No | |
| Social Security Verification | Complete | No | Pass |
| Present Employment | Complete | No | |
| Present Employment - AMAZON LITTLE ROCK, AR | Complete | No | Eligible |
| Former Employment | Complete | Yes** | |
| Former Employment - STATUS FOREST PARK, GA | Complete | No | Eligible |
| Former Employment - FREIGHTWAY LOGISTICS CRESTWOOD, IL | Complete | Yes** | Decisional** |
| Former Employment - MADA TRUCK LINES MABLETON, GA | Complete | No | Eligible |
| Former Employment - MADA TRUCK LINES MABLETON, GA | Complete | No | Eligible |
| Former Employment - VCT BRYANT, AR | Complete | No | Eligible |
| Former Employment - PARAGON BURRIDGE, IL | Complete | No | Eligible |
| Former Employment - 10 ROADS NO LITTLE ROCK, AR | Complete | No | Eligible |
| First Advantage National Criminal File Plus | Complete | No | |
| First Advantage National Criminal File Plus SHERWOOD, PULASKI, AR | Complete | No | Eligible |
| Felony, Misdemeanor Or Other | Complete | No | |
| Felony, Misdemeanor Or Other SHERWOOD, PULASKI, AR | Complete | No | Eligible |
| Federal Criminal | Complete | No | |
| Federal Criminal NORTH LITTLE ROCK, PULASKI, AR | Complete | No | Eligible |
| National Sex Offender Registry | Complete | No | |
| National Sex Offender Registry Search - Department Of Justice Web Site | Complete | No | Eligible |
| Global Sanction Search | Complete | No | |
| First Advantage Global Sanction Search | Complete | No | Eligible |
| Motor Vehicle Report | Complete | Yes** | |
| Motor Vehicle Report | Complete | Yes** | Decisional** |

Additional Searches Ordered

NONE

Score Status

06/21/2023

* Further review is required by the client to determine the consumer's eligibility based on background check results. Please refer to the corresponding detailed component report section for additional information.

** Further review is required by the client to determine the consumer's eligibility based on background check results. Please refer to the corresponding detailed component report section for additional information.

Exhibit A

CIO - 265609080

| | |
|---|---|
| 13/Jun/2023 04:03:45 PM | Verification Request Received and/or Ready For Processing. |
| 13/Jun/2023 04:18:47 PM | Verification Request Received and/or Ready For Processing. |
| 13/Jun/2023 04:21:03 PM | Phone Number Invalid -- First Advantage Is Researching Request -- Delay Possible |
| 13/Jun/2023 04:26:42 PM | First Advantage Research In Progress For Alternate Phone Number -- Delay Possible. |
| 13/Jun/2023 04:26:42 PM | First Advantage Research In Progress For Alternate Phone Number -- Delay Possible. |
| 13/Jun/2023 07:24:26 PM | First Advantage Was Referred To An Online Service for Verification Details. First Advantage Will Attempt To Access Details Online. |
| 14/Jun/2023 06:37:59 AM | Research Required -- First Advantage Research In Progress -- Delay Possible. |
| 14/Jun/2023 05:11:15 PM | First Advantage Was Referred To An Online Service for Verification Details. First Advantage Will Attempt To Access Details Online. |
| 14/Jun/2023 05:13:46 PM | Automated Source Needs Additional Time For Verification. First Advantage Will Follow Up With Another Attempt -- Delay Possible. |
| 15/Jun/2023 05:44:56 PM | Source Not Available -- Unable to Leave Message -- First Advantage Will Follow Up With Another Attempt-- Delay Possible. |
| 16/Jun/2023 09:51:53 AM | First Advantage Was Referred To An Online Service for Verification Details. First Advantage Will Attempt To Access Details Online. |
| 16/Jun/2023 09:55:42 AM | Request For TALX Fulfillment |
| 16/Jun/2023 09:55:45 AM | Verification Request Received and/or Ready For Processing. |
| 16/Jun/2023 09:57:47 AM | Records Not Available: Unable to verify as there was no record of the applicant. |
| 20/Jun/2023 02:40:19 PM | Verified |
| 20/Jun/2023 03:16:12 PM | Supplement Completed. |

**Former Employment - 10 ROADS NO LITTLE ROCK, AR**

Status: Complete
Score: Eligible

Date Completed: 27/Jun/2023

Consideration Code No Considerations

Company 10 ROADS

Line of Business

Address 4806 MCCAIN BLVD
NO LITTLE ROCK, AR 72117-

| | Verified by First Advantage | Provided by Consumer |
|---|---|---|
| Position | DRIVER | DRIVER |
| Employment Dates | 30/Aug/2022 to 23/Jan/2023 | 02/Aug/2022 to 02/Feb/2023 |
| Location | | NO LITTLE ROCK |
| Reason Left | | REFUSED A DRUG TEST |

Questionnaire

Client Interview Question                    Source Response

In the previous 3 years (36 months), was the individual in any type of DOT regulated position with your company? Yes or no

If replied yes in 1, under what agency? FMCSA, FAA, FTA, PHMSA, FRA or Coast Guard?

If FMCSA, was this individual a CDL driver for your company during the previous 3 years (36 months)? If Yes, continue to question 4 & skip questions 5-11. If No, continue to questions 4-21.

Exhibit A

CID - 258609080

What type of commercial motor vehicle did the individual drive?

If FAA, FTA, PHMSA, Coast Guard or non-CDL, in the previous 3 years (36 months) did the individual have alcohol tests with a result of 0.04 or higher? Yes or no

If FAA, FTA, PHMSA, Coast Guard or non-CDL, in the previous 3 years (36 months) did the individual have any verified positive drug tests? Yes or no

If FAA, FTA, PHMSA, Coast Guard or non-CDL, in the previous 3 years (36 months) did the individual refuse to be tested for drugs or alcohol? Yes or no

If FAA, FTA, PHMSA, Coast Guard or non-CDL, in the previous 3 years (36 months) did the individual have other violations of DOT agency drug and alcohol testing regulations? Yes or no

If replied yes in 5, 6, 7, or 8 did the individual complete the return to duty process (Part 40 SAP includes a rehabilitation or education program, return to duty test, & follow up testing)? Yes or no

If yes to 9, has the individual then had any alcohol tests 0.04 or higher, tested verified positive for drugs, or had any other violations of DOT agency drug and alcohol testing regulations? Yes or no

If FAA, FTA, PHMSA, Coast Guard or non-CDL, did a previous employer report a drug and alcohol rule violation to you? Yes or no

Did the operator have any reportable or non-reportable accidents as defined by the FMCSA Safety Regulations during the previous 3 years (36 months)? Yes or no

If yes, what was the date of the accident?

What is the city or town and state in which the accident occurred, or the place the accident was most near?

Please provide a description of each accident.

How many people, if any, were injured in the accident?

How many people, if any, were killed in the accident?

Was there any accident where one or more vehicles incurred disabling damage and had to be removed from the scene by tow truck or other motor vehicle? Yes or no

Were any hazardous materials spilled in the accident other than fuel from the truck's tank?

What is your name?

What is your telephone number?

Source Information

Contact            Contact            Contact

Exhibit A

I, Kenny Chatman Jr. am requesting that Amazon Serories LLC clear my CDL, an Clearing hoose website.

Pay all court costs.

Disburse Plaintiff me Kenny Chatman, Jr. $100,000 for deformation of character for putting such an CDL, + mental & stress

Dated on this 26th day of Oct., 2023

Kenny Chatman J.
Kenny Chatman, Jr.
371 Club Rd. Apt. E
Sherwood, AR
                72120
KennyChatman1984@gmail.com

Exhibit A

## IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
## HON. HERBERT WRIGHT - 4TH DIVISION 6TH CIRCUIT

### KENNY CHATMON, JR V AMAZON SERVICES.COM LLC

60CV-23-8206

### SUMMONS

**THE STATE OF ARKANSAS TO DEFENDANT:**

AMAZON SERVICES.COM LLC
7001 ZEUBER RD
LITTLE ROCK, AR  72206

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) - or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas - you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

KENNY CHATMON, JR
371 CLUB RD APT E
SHERWOOD, AR  72120

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

Additional notices:
•Notice of Right to Consent to Disposition of Case by a State District Court Judge

CLERK OF COURT

Address of Clerks Office

TERRI HOLLINGSWORTH, CIRCUIT CLERK
CIRCUIT COURT OF PULASKI COUNTY
401 W. MARKHAM
LITTLE ROCK, AR  72201

clerk Linda Quinn, DC

Date: 10/26/2023

Exhibit B

## NOTICE OF RIGHT TO CONSENT
## TO DISPOSITION OF CASE BY A STATE DISTRICT COURT JUDGE

In accordance with Administrative Order Number 18, you are hereby notified that upon the consent of all the parties in a case, a State District Court Judge may be authorized to conduct all proceedings, including trial of the case and entry of a final judgment. Copies of appropriate consent forms are available from the Circuit Clerk.

You should be aware that your decision to consent or not to consent to the disposition of your case before a State District Court Judge is entirely voluntary, and by consenting to the reference of this matter to a State District Court Judge, the parties waive their right to a jury trial, and any appeal in the case shall be taken directly to the Arkansas Supreme Court or Court of Appeals as authorized by law.

You should communicate your consent by completing the Form -- CONSENT TO PROCEED BEFORE A STATE DISTRICT COURT JUDGE -- and return to the Circuit Clerk.

Circuit Clerk
Date: 10/26/2023

Exhibit B

No. 60CV-23-8206 This summons is for AMAZON SERVICES.COM LLC (name of Defendant).

## PROOF OF SERVICE

☑ On 10/26/2023 ___ [date] I personally delivered the summons and complaint to the defendant at ___ Amazon LIT Little Rock, AR ___ [place]; or

❑ After making my purpose to deliver the summons and complaint clear, on _____ [date] I left the summons and complaint in the close proximity of the defendant by
_____ [describe how the summons and complaint was left] after he/she refused to receive it when I offered it to him/her; or

❑ On _____ [date] I left the summons and complaint with _____, a member of the defendant's family at least 18 years of age, at _____ [address], a place where the defendant resides; or

❑ On _____ [date] I delivered the summons and complaint to _____ [name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of _____ [name of defendant]; or

❑ On _____ [date] at _____ [address], where the defendant maintains an office or other fixed location for the conduct of business, during normal working hours I left the summons and complaint with

_____
[name and job description]; or

❑ I am the plaintiff or an attorney of record for the plaintiff in a lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

❑ I am the plaintiff or attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

❑ Other [specify]:

_____

❑ I was unable to execute service because:

_____
_____

My fee is $ _____.

Exhibit B

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____        SHERIFF OF _____ COUNTY, ARKANSAS

By: _____
[Signature of server]

_____
[Printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: 10/26/23        By: _Lerry Chatman .J._____
[Signature of server]

_Lerry Chatman, Jr._____
[Printed name]

Address: _371 Clob Rd. Apt. E_____
_Sherwood, AR 72120_____

Phone: _8704412500_____

Subscribed and sworn to before me this date: _10-26-23_

_____
Notary Public

My commission expires: _12-3-31_____

RICHARD NATHANIEL DAVENPORT
MY COMMISSION # 12717016
EXPIRES: December 3, 2031
Saline County

Additional information regarding service or attempted service:

_____

_____

Exhibit B

## IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
## FOURTH DIVISION

**KENNY CHATMON, JR.,**                                                                 **PLAINTIFF**

vs.                                            **CASE NO. 60CV-23-8206**

**AMAZON.COM SERVICES, LLC**                                                    **DEFENDANT**

### NOTICE OF FILING NOTICE OF REMOVAL

PLEASE TAKE NOTICE THAT Defendant Amazon.com Services, LLC, improperly named Amazon.com Services, LLC (TOM Team HR) LIT1, has filed a Notice of Removal in the above-captioned case to the United States District Court for the Eastern District of Arkansas, Central Division.  A true and correct copy of said Notice of Removal is attached hereto as Exhibit A. Accordingly, the Circuit Court for Pulaski County, Arkansas, "shall effect the removal and…proceed no further unless and until the case is remanded." 28 U.S.C. § 1446(d).

Dated:  November 27, 2023                        Respectfully submitted,


                                                 */s/ Dean Kpere-Daibo*
                                                 Dean Kpere-Daibo, Bar #2019244
                                                 **CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**
                                                 680 Craig Rd., Suite 400
                                                 St. Louis, MO 63141
                                                 Telephone: (314) 338-3740
                                                 dkdaibo@constangy.com

                                                 Kristin Titley (*Pro Hac Vice Motion Forthcoming*)
                                                 AR Bar No. 2015146
                                                 **CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**
                                                 750 Old Hickory Blvd., Suite 260-2
                                                 Brentwood, TN 37027
                                                 Telephone: (615) 340-3806
                                                 kitley@constangy.com

                                                 ***Attorneys for Defendant***


10385781v1

Exhibit C

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

KENNY CHATMON, JR.,                )
       **Plaintiff,**                      )
                                 )
                                   )
**v.**                                          )        Case No. _____
                                 )
**AMAZON.COM SERVICES, LLC,**    )
       **Defendant**                      )
                                 )

## DECLARATION OF ZANE BROWN

I, Zane Brown, do hereby declare and state as follows:

1.      I am currently employed as **Vice President** and Associate General Counsel for Amazon and an Authorized Representative for Amazon.com Services LLC ("Amazon"). I make this declaration in that capacity and based on my personal knowledge and those records available to me as they are kept in the ordinary course of business and my general knowledge of Amazon's business practices and those of its related entities, which I know to be true and correct.

2.      According to business records available to me, Amazon.com Services LLC is a limited liability company organized under the laws of Delaware, with its principal place of business in Washington. Its sole member is Amazon.com Sales, Inc.

3.      Amazon.com Sales, Inc. is a corporation incorporated in Delaware, with its principal place of business in Washington. Its corporate headquarters are located in Seattle, Washington. All of the company's primary executive, administrative, financial, and management functions are in Washington, where its corporate officers direct, control, and coordinate its activities.

I declare under penalty of perjury under the laws of the United States of America and the State of Washington that the foregoing is true and correct.

November 27, 2023

_____
Date

DocuSigned by:

*Zane Brown*

DDF214FDD377494...

_____
ZANE BROWN, Authorized Representative

10396115v1

Exhibit D

# IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
## FOURTH DIVISION

**KENNY CHATMON, JR.,**                                                                   **PLAINTIFF**

**vs.**                                               **CASE NO. 60CV-23-8206**

**AMAZON.COM SERVICES, LLC**                                                     **DEFENDANT**

## NOTICE OF FILING NOTICE OF REMOVAL

PLEASE TAKE NOTICE THAT Defendant Amazon.com Services, LLC, improperly named Amazon.com Services, LLC (TOM Team HR) LIT1, has filed a Notice of Removal in the above-captioned case to the United States District Court for the Eastern District of Arkansas, Central Division. A true and correct copy of said Notice of Removal is attached hereto as Exhibit A. Accordingly, the Circuit Court for Pulaski County, Arkansas, "shall effect the removal and…proceed no further unless and until the case is remanded." 28 U.S.C. § 1446(d).

Dated:  November 27, 2023                    Respectfully submitted,


                                             /s/ Dean Kpere-Daibo
                                             Dean Kpere-Daibo, Bar #2019244
                                             **CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**
                                             680 Craig Rd., Suite 400
                                             St. Louis, MO 63141
                                             Telephone: (314) 338-3740
                                             dkdaibo@constangy.com

                                             Kristin Titley (*Pro Hac Vice Motion Forthcoming*)
                                             AR Bar No. 2015146
                                             **CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**
                                             750 Old Hickory Blvd., Suite 260-2
                                             Brentwood, TN 37027
                                             Telephone: (615) 340-3806
                                             kitley@constangy.com

                                             ***Attorneys for Defendant***


10385781v1