IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KENNY CHATMON, JR**                                                                 **PLAINTIFF**

v.                              No. 4:23-cv-1128-DPM

**AMAZON.COM SERVICES, LLC**                                       **DEFENDANT**

**JUDGMENT**

Chatmon's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

23 February 2024